**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ROSE SOTO, individually and on behalf of all
others similarly situated,

                Plaintiff,

      - against -

MIDLAND CREDIT MANAGEMENT, INC.,
MIDLAND FUNDING, LLC,

                Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV 21-5110 (GRB)(SIL)

An Order Dismissing Case of Honorable Gary R. Brown, United States District Judge, having been filed on September 21, 2021, dismissing this case without prejudice to refiling in state court, and directing the Clerk to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff Rose Soto take nothing of defendants Midland Credit Management, Inc., and Midland Funding, LLC; that this case is dismissed without prejudice to refiling in state court; and that this case is closed.

Dated: September 21, 2021
       Central Islip, New York

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT
                              BY:   /S/ JAMES J. TORITTO
                                          DEPUTY CLERK